UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 24-cv-2817 |
| ) | |
| FPSG LLC, an Illinois Limited Liability Company ) | Hon. Judge: Martha M. Pacold |
| & JUSTIN MCCORMICK, an Illinois resident ) | |
| ) | |
| Defendants ) | |

**TEMPORARY RESTRAINING ORDER**

This matter coming to be heard on the Motion of Plaintiff, THE GORDON LAW GROUP, LTD. ("Plaintiff"), for Temporary Restraining Order, counsel for Plaintiff being present, and Defendants Justin McCormick ("McCormick") and FPSG LLC d/b/a Founder's CPA ("Founder's") (collectively, "Defendants"), having appeared and been represented by counsel at the hearing, it is hereby ORDERED as follows:

1. Plaintiff has made a showing sufficient to the Court for purposes of a temporary restraining order that: (a) absent temporary injunctive relief, it will suffer irreparable harm before a final judgment; (b) a remedy at law would be inadequate; (c) it is reasonably likely to succeed on the merits of its claims; (d) the balance of harms tips in its favor under a "sliding scale" analysis; and (e) an injunction would be consistent with, and further, the public interest. Plaintiff specifically has shown it is likely to succeed on the merits that its templates, formulas, scripts, processes and procedures for preparation of cryptocurrency tax reports ("Confidential Information and trade secrets") qualify as protectable trade secrets.

2. Accordingly, Plaintiff's Motion for Temporary Restraining Order is GRANTED and the Court grants the following relief:

(a) a temporary restraining order compelling each Defendant, by April 19, 2024, to: account for in writing and return to counsel for Gordon Law all documents, files and other materials, including but not limited to any such documents, files and other materials containing and/or comprising Gordon Law's Confidential Information or trade secrets (whether stored electronically or in hard copy); and cooperate with counsel for Gordon Law in connection with implementing a protocol to ensure that all such information is returned to Gordon Law (consistent with any client confidentiality requirements), and securely stored until further Order of the Court.

(b) a temporary restraining order prohibiting McCormick from providing services to Founder's that are the same as or substantially similar in nature to the services McCormick provided to Gordon Law;

(c) a temporary restraining order prohibiting McCormick from using Gordon Law's Confidential Information and trade secrets for his own benefit or for the benefit of Founder's, or disclosing Gordon Law's Confidential Information and trade secrets to Founder's or any other person or entity; and

(d) a temporary restraining order prohibiting Founder's from using Gordon Law's Confidential Information and trade secrets for its own benefit or for the benefit of McCormick, or disclosing Gordon Law's Confidential Information and trade secrets to any other person or entity.

3. Notwithstanding anything in this Order, Defendants may use any processes and methods for the preparation of cryptocurrency tax report preparation that Founder's utilized prior to Founder's employment of McCormick and/or that have been developed independent of Plaintiff's Confidential Information and trade secrets.

4. Plaintiff shall post a bond in the amount of $100,000. The parties are not prevented from making motions to adjust the amount of the bond.

5. This Temporary Restraining Order is entered at 7:00 A.M. on this 11th day of April 2024 and shall remain in effect for fourteen (14) calendar days.

Date: April 11, 2024             /s/ Martha M. Pacold
                                                          United States District Judge