**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE GORDON LAW GROUP, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 24-cv-2817 |
| | ) | |
| FPSG LLC, an Illinois Limited Liability Company | ) | Hon. Judge: Martha M. Pacold |
| & JUSTIN MCCORMICK, an Illinois resident | ) | |
| | ) | Hon. Magistrate Judge Jeffrey Cole |
| Defendants | ) | |

**MOTION OF AMUNDSEN DAVIS, LLC
FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF**

Amundsen Davis, LLC, pursuant to Local Rule 83.17, hereby moves this Honorable Court for leave to withdraw as counsel for the Plaintiff, The Gordon Law Group, LTD. ("GLG"), and in support thereof, states as follows:

1. Michael F. Hughes and Jeffrey M. Glass of Amundsen Davis, LLC are currently counsel of record for the Plaintiff.

2. Plaintiff has secured alternate counsel, who has filed an appearance today, June 7, 2024.

3. Amundsen Davis has worked diligently to timely transition the handling of the case to new counsel, and to address all interim deadlines.

4. To that end, Amundsen Davis also directs the Court's attention to the Motions for Status Hearing Related to Date for Preliminary Injunction Hearing (filed contemporaneously herewith); as well as the Motion to Extend Disclosure of Plaintiff's Expert(s), and future discovery deadlines, filed with the assigned Magistrate Judge, Jeffrey Cole.

5. Accordingly, Michael F. Hughes and Jeffrey M. Glass of Amundsen Davis, LLC respectfully request leave from this Court to withdraw as counsel for GLG.

Dated: June 7, 2024	Respectfully submitted,

By: /s/ Michael F. Hughes
Michael F. Hughes
Amundsen Davis, LLC
3815 E. Main St., Suite A-1
St. Charles, IL 60174
(630) 587-7925
*mhughes@amundsendavislaw.com*
&
Jeffrey M. Glass
Amundsen Davis, LLC
308 W. State Street, Ste. 320
Rockford, IL 60101
(815) 904-8804
*jglass@amundsendavislaw.com*
**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 7, 2024, the foregoing *Motion of Amundsen Davis, LLC for Leave to Withdraw as Counsel for the Plaintiff* was filed electronically using the ECF system, which will send notification of such filing to all counsel of record at their e-mail addresses on file with the Court.

        *s/ Michael F. Hughes*
        Michael F. Hughes