**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

The Gordon Law Group, Ltd.

Plaintiff,

v.

Case No.: 1:24−cv−02817
Honorable Martha M. Pacold

FPSG LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

MINUTE entry before the Honorable Martha M. Pacold: Telephone ruling on Plaintiff's motion for a preliminary injunction against defendants Justin McCormick and FPSG, LLC, [6], and motion to dismiss defendants McCormick and FPSG's amended counterclaims, [136]. For the reasons stated on the record: (1) Plaintiff's motion for a preliminary injunction, [6], is denied; (2) The previous TRO issued and extended pending resolution of plaintiff's motion for a preliminary injunction, [43], is lifted; (3) Plaintiff's motion to dismiss defendants' counterclaims, [136], is granted; and (4) Defendants' abuse−of−process counterclaims, [114], [125], are dismissed without prejudice for failure to state a claim. Defendants are given until 7/9/2025 to file a motion for leave to file an amended counterclaim if they believe they can do so consistent with this ruling and Rule 11. A track changes copy of the proposed amended counterclaim must be attached to the motion, which shall indicate what changes the amended counterclaims make to the original counterclaims. In the 6/25/2025 joint status report ordered by Judge Berry, the parties should also include any other proposed next steps for this case. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.