IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LLP, ) | |
| ) | |
| Plaintiff, ) | Case No.: 24-cv-2817 |
| ) | |
| v. ) | Hon. Martha Pacold |
| ) | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's August 8, 2025 Minute Order (Dkt. 218), which ordered the parties to "file a joint status report on 9/10/25 that informs the court on the progress of fact discovery and whether the parties are interested in a settlement conference." The parties address each of the Court's requests in turn.

1. The parties are currently engaged in a renewed round of fact discovery. Since the last Status Report filed on June 25, 2025 (Dkt. 212, the "June Status Report"), Plaintiff has served a second set of requests for production on each of McCormick and Founders, and anticipates receiving documents and ESI pursuant to those requests within the near future. After reviewing the forthcoming productions, Plaintiff intends to commence with depositions of multiple witnesses.

2. McCormick and Founders intend to serve discovery requests on Plaintiff and proceed with depositions of additional witnesses.

3. The parties do not believe a settlement conference would be fruitful at this time.

*[signature page follows]*

Dated: September 10, 2025                      Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: */s/ Steven Hunter*<br>Steven Hunter<br>Quarles & Brady LLP<br>300 N. LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>D. (312) 715-5087<br>M. (312) 952-0683<br>steven.hunter@quarles.com<br><br>*Counsel for FPSG, LLC* | By: */s/ Richard P. Drake*<br>Richard P. Darke<br>Dykema Gossett, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago IL 60606<br>D. (312) 627-5692<br>rdarke@dykema.com<br><br>*Counsel for Justin McCormick* | By: */s/ Constantine P. Economides*<br>Constantine P. Economides<br>Michael B. Homer<br>Dynamis LLP<br>1111 Brickell Avenue, 10th Fl.<br>Miami, FL 33131<br>(305) 985-2959<br>ceconomides@dynamisllp.com<br><br>*Counsel for The Gordon Law Group Ltd.* |