IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LLP, | ) |
| Plaintiff, | ) Case No.: 24-cv-2817 |
| v. | ) Hon. Martha Pacold |
| | ) Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT ON DEFENDANT'S MOTION FOR LEAVE TO AMEND**

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's September 5, 2025 Minute Order (Dkt. 221), which ordered the parties to "file a joint status report by 9/12/25 indicating whether defendant McCormick's Federal Rule 15 motion for leave to file his amended counterclaim and to amend his affirmative defenses, [219], is opposed. If the motion is opposed, the parties should propose a briefing schedule in the status report." The parties address each of the Court's requests in turn.

1. Plaintiff opposes McCormick's motion for leave to file his amended counterclaim and to amend his affirmative defenses (Dkt. 219) (the "Motion").

2. The parties propose the following briefing schedule:

   a. Plaintiff shall file its brief in opposition to the Motion by September 26, 2025.

   b. McCormick shall file his reply brief in support of the Motion by October 17, 2025.

*[signature page follows]*

Dated: September 12, 2025 	 Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: /s/ *Steven Hunter*  <br>   One of its Attorneys <br><br> Steven Hunter <br> Quarles & Brady LLP <br> 300 N. LaSalle Street <br> Suite 4000 <br> Chicago, IL 60654 <br> D. (312) 715-5087 <br> M. (312) 952-0683 <br> steven.hunter@quarles.com <br> *Counsel for FPSG, LLC* | By: /s/ *Richard P. Darke*  <br>   One of his Attorneys <br><br> Richard P. Darke <br> Dykema Gossett, PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago IL 60606 <br> D. (312) 627-5692 <br> rdarke@dykema.com <br> *Counsel for Justin McCormick* | By: /s/ *Constantine P. Economides* <br>   One of its Attorneys <br><br> Constantine P. Economides <br> Michael B. Homer <br> Dynamis LLP <br> 1111 Brickell Avenue, 10th Fl. <br> Miami, FL 33131 <br> (305) 985-2959 <br> ceconomides@dynamisllp.com <br> *Counsel for* <br> *The Gordon Law Group Ltd.* |