**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

The Gordon Law Group, Ltd.
                      Plaintiff,

v.                                                    Case No.: 1:24–cv–02817
                                                            Honorable Martha M. Pacold

FPSG LLC, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the parties' joint request, [224], the following briefing schedule is set on Counter Claimant's motion for leave to file an amended counterclaim and to amend affirmative defenses, [219]: Plaintiff shall file its brief in opposition to the motion by 9/26/2025. Counter Claimant shall file his reply brief in support of the motion by 10/17/2025. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.