IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LLP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FPSG LLC AND JUSTIN MCCORMICK, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 24-cv-2817 <br><br> Hon. Martha Pacold <br> Hon. Albert Berry, III |

## JOINT STATUS REPORT

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's September 11, 2025 Minute Order (Dkt. 223), which ordered the parties to "file a joint status report on 10/17/25 that confirms that fact discovery will be completed within the deadline and proposes next steps for litigation." The parties address each of the Court's requests in turn.

1. The Parties' fact discovery is ongoing. However, in the meantime, the Parties have arrived at a joint intent of proceeding to mediation in November. They are in the process of selecting a mediator and date at this time.

2. Given the Parties' intent to take this matter to mediation, they respectfully request that the Court grant a two-month extension of the deadline to complete fact discovery, from October 24, 2025 to December 24, 2025.

3. Should the Court grant this requested extension (and should mediation be unsuccessful), the Parties intend to propose a litigation schedule at their next joint status report, as was originally contemplated in the September 11, 2025 Minute Order.

*[signature page follows]*

Dated: October 17, 2025　　　　　　　　　　　　　　　Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: /s/ <br> One of its Attorneys <br><br> Steven Hunter <br> Quarles & Brady LLP <br> 300 N. LaSalle Street <br> Suite 4000 <br> Chicago, IL 60654 <br> D. (312) 715-5087 <br> M. (312) 952-0683 <br> steven.hunter@quarles.com <br> *Counsel for FPSG, LLC* | By: /s/ <br> One of his Attorneys <br><br> Richard P. Darke <br> Dykema Gossett, PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago IL 60606 <br> D. (312) 627-5692 <br> rdarke@dykema.com <br> *Counsel for Justin McCormick* | By: /s/ <br> One of its Attorneys <br><br> Constantine P. Economides <br> Michael B. Homer <br> Dynamis LLP <br> 1111 Brickell Avenue, 10th Fl. <br> Miami, FL 33131 <br> (305) 985-2959 <br> ceconomides@dynamisllp.com <br> *Counsel for The Gordon Law Group Ltd.* |