**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

The Gordon Law Group, Ltd.
                        Plaintiff,

v.                                                    Case No.: 1:24−cv−02817
                                                                    Honorable Martha M. Pacold

FPSG LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 20, 2025:

      MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [227], which states that they plan to proceed with private mediation and are in the process of selecting a mediator. The parties wish to stay the discovery deadline while mediation efforts are ongoing and the Court agrees with that plan; as such, the 10/24/25 fact discovery deadline is stricken and will be reset if the parties' mediation is unsuccessful. The parties are ordered to file an updated joint status report on 11/20/25 informing the Court on the mediator the parties select and the date of their private mediation. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.