IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LLP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FPSG LLC AND JUSTIN MCCORMICK, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 24-cv-2817 <br><br> Hon. Martha Pacold <br> Hon. Albert Berry, III |

## JOINT STATUS REPORT

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's October 20, 2025 Minute Order (Dkt. 228), which ordered the parties to "file an updated joint status report on 11/20/25 informing the Court on the mediator the parties select and the date of their private mediation."

1. The Parties have selected as their mediator the Honorable James R. Epstein (Ret.).

2. Mediation before Judge Epstein is scheduled for January 28, 2025.

3. Additionally, the Parties note that they are engaged in various discovery disputes which they are working diligently to resolve without the need for the Court's intervention. Should such intervention be required, the Parties will advise the Court in the appropriate manner.

*[signature page follows]*

Dated: November 20, 2025     Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: /s/ <br>    One of its Attorneys <br><br>Steven Hunter <br>Quarles & Brady LLP <br>300 N. LaSalle Street <br>Suite 4000 <br>Chicago, IL 60654 <br>D. (312) 715-5087 <br>M. (312) 952-0683 <br>steven.hunter@quarles.com <br>*Counsel for FPSG, LLC* | By: /s/ <br>    One of his Attorneys <br><br>Richard P. Darke <br>Dykema Gossett, PLLC <br>10 South Wacker Drive <br>Suite 2300 <br>Chicago IL 60606 <br>D. (312) 627-5692 <br>rdarke@dykema.com <br>*Counsel for Justin McCormick* | By: /s/ <br>    One of its Attorneys <br><br>Constantine P. Economides <br>Michael B. Homer <br>Dynamis LLP <br>1111 Brickell Avenue, 10th Fl. <br>Miami, FL 33131 <br>(305) 985-2959 <br>ceconomides@dynamisllp.com <br>*Counsel for The Gordon Law Group Ltd.* |