# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

The Gordon Law Group, Ltd.

                          Plaintiff,

v.                                         Case No.: 1:24−cv−02817
                                                      Honorable Martha M. Pacold

FPSG LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [230]. They have a private mediation scheduled for 1/28/26 and are attempting to resolve their outstanding discovery disputes without court intervention. The parties are ordered to file an updated joint status report on 2/9/26 informing the Court on the outcome of their mediation and proposing next steps for the litigation if the mediation is unsuccessful. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.