## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

The Gordon Law Group, Ltd.

                              Plaintiff,

v.                                                              Case No.: 1:24−cv−02817

                                                                          Honorable Martha M. Pacold

FPSG LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

        MINUTE entry before the Honorable Martha M. Pacold: In light of the parties' scheduled mediation, [231], counter claimant's motion [219] is stricken without prejudice to re−filing should the parties be unable to resolve their dispute at mediation. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.