IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LLP, | |
| Plaintiff, | Case No.: 24-cv-2817 |
| v. | Hon. Martha Pacold |
| | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | |
| Defendants. | |

## JOINT STATUS REPORT

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's November 21, 2025 Minute Order (Dkt. 231), which ordered the parties to "file an updated joint status report on 2/9/26 informing the Court on the outcome of their mediation and proposing next steps for the litigation if the mediation is unsuccessful."

1. The Parties participated in mediation before the Honorable James R. Epstein (Ret.) on January 28, 2025. The parties did not reach a resolution at mediation.

2. Although the parties did not reach a resolution at mediation, the mediation was nevertheless constructive, and the parties are actively engaged in continued settlement discussions.

3. Accordingly, with respect to "propos[ed] next steps for the litigation if the mediation is unsuccessful," the parties respectfully propose that the Court set a status conference for roughly 30 days from today, at which time the parties will either have settled their dispute, or the parties will be prepared to discuss a revised scheduling order to bring this case to trial.

*[signature page follows]*

Dated: February 9, 2026                    Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: /s/ <br>    One of its Attorneys <br><br> Steven Hunter <br> Quarles & Brady LLP <br> 300 N. LaSalle Street <br> Suite 4000 <br> Chicago, IL 60654 <br> D. (312) 715-5087 <br> M. (312) 952-0683 <br> steven.hunter@quarles.com <br> *Counsel for FPSG, LLC* | By: /s/ <br>    One of his Attorneys <br><br> Richard P. Darke <br> Dykema Gossett, PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago IL 60606 <br> D. (312) 627-5692 <br> rdarke@dykema.com <br> *Counsel for Justin McCormick* | By: /s/ <br>    One of its Attorneys <br><br> Constantine P. Economides <br> Michael B. Homer <br> Dynamis LLP <br> 1111 Brickell Avenue, 10th Fl. <br> Miami, FL 33131 <br> (305) 985-2959 <br> ceconomides@dynamisllp.com <br> *Counsel for The Gordon Law Group Ltd.* |