UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

The Gordon Law Group, Ltd.

        Plaintiff,

v.              Case No.: 1:24−cv−02817
               Honorable Martha M. Pacold

FPSG LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

   MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [234]. They did not settle their case at the private mediation on 1/28/26, but believe the conference was productive and continue to negotiate. Per the parties' suggestion, a video status hearing is set for 3/10/26 at 10:15 a.m. to set additional deadlines if the parties are unable to resolve their case. If the parties settle the case before that date, they may file a joint statement to that effect and the Court will strike the hearing and close the referral. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)−244−8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.