**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

The Gordon Law Group, Ltd.
                         Plaintiff,

v.                                          Case No.: 1:24−cv−02817
                                                              Honorable Martha M. Pacold

FPSG LLC, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

      MINUTE entry before the Honorable Albert Berry III: Status hearing held 3/10/26. The parties report that they engaged in significant written discovery during the preliminary injunction litigation, but still need some additional discovery to prepare the case for trial or dispositive motions. The parties are ordered to meet and confer and file a joint status report on 3/17/26 with a proposed fact discovery deadline and an explanation of the discovery the parties anticipate completing ahead of that deadline. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.