IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE GORDON LAW GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-2817 |
| | ) | |
| v. | ) | Hon. Martha Pacold |
| | ) | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's March 10, 2026, Minute Order (Dkt. 236), which ordered the parties to "meet and confer and file a joint status report on 3/17/26 with a proposed fact discovery deadline and an explanation of the discovery the parties anticipate completing ahead of that deadline."

1. The parties propose completing fact discovery within four months, by July 17, 2026.

2. Before that deadline, the parties anticipate completing the following discovery.

3. Plaintiff GLG to date has only taken one fact deposition. Ahead of the proposed July 17 deadline for completion of fact discovery, Plaintiff anticipates deposing, at minimum: (1) Defendant Founders; (2) Founders' principal and owner, Curt Mastio; and (3) Defendant McCormick. Plaintiff also intends to serve additional written discovery, including a first set of requests for admission and first set of contention interrogatories, on each Defendant. Additionally, Plaintiff previously served requests for production on Defendant McCormick, compliance with

which was stayed due to mediation, but which remain pending and require responses and document production.[1]

4. Defendant Founders has not yet taken oral discovery. Founders issued supplemental discovery on Plaintiff and will be able to determine whether additional depositions are required when those answers are complete. Founders anticipates all discovery can be completed within one hundred and twenty (120) days of this Court's order.

5. Defendant McCormick intends to depose Plaintiff GLG and two additional fact witnesses. He also intends to issue additional interrogatories and requests for admission on Plaintiff.

Dated: March 17, 2026 Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: /s/ <br> One of its Attorneys | By: /s/ <br> One of his Attorneys | By: /s/ <br> One of its Attorneys |
| Steven Hunter <br> Quarles & Brady LLP <br> 300 N. LaSalle Street <br> Suite 4000 <br> Chicago, IL 60654 <br> D. (312) 715-5087 <br> M. (312) 952-0683 <br> steven.hunter@quarles.com <br> *Counsel for FPSG, LLC* | Richard P. Darke <br> Dykema Gossett, PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago IL 60606 <br> D. (312) 627-5692 <br> rdarke@dykema.com <br> *Counsel for Justin McCormick* | Constantine P. Economides <br> Michael B. Homer <br> Dynamis LLP <br> 1111 Brickell Avenue, 10th Fl. <br> Miami, FL 33131 <br> (305) 985-2959 <br> ceconomides@dynamisllp.com <br> *Counsel for The Gordon Law Group Ltd.* |

---

[1] Plaintiff reserves all rights and waives none regarding noticing additional depositions or serving additional written discovery beyond what is specified in this Joint Status Report.