IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE GORDON LAW GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-2817 |
| | ) | |
| v. | ) | Hon. Martha Pacold |
| | ) | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

The Gordon Law Group ("Plaintiff" or "GLG") and FPSG LLC ("Founders") submit this joint status report pursuant to the Court's March 18, 2026, Minute Order (Dkt. 238), which ordered the parties to "file a joint status report on 5/18/26 informing the Court on the progress of fact discovery and stating whether the parties believe a settlement conference would be fruitful at that time."

1. The parties are actively and profitably engaged in settlement discussions at this time.

2. As a result, Plaintiff respectfully request permission to submit a further status report on both topics identified in the March 18, 2026 Minute Order one week from now, on May 25, 2026.

*[signature page follows]*

Dated: May 18, 2026                                 Respectfully submitted,

| **FPSG**, LLC | **The Gordon Law Group** |
|---|---|
| By: _/s/ Steven Hunter_<br>    One of its Attorneys | By: _/s/ Constantine P. Economides_<br>    One of its Attorneys |
| Steven Hunter<br>Quarles & Brady LLP<br>300 N. LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>D. (312) 715-5087<br>M. (312) 952-0683<br>steven.hunter@quarles.com<br>_Counsel for FPSG, LLC_ | Constantine P. Economides<br>Michael B. Homer<br>Dynamis LLP<br>1111 Brickell Avenue, 10th Fl.<br>Miami, FL 33131<br>(305) 985-2959<br>ceconomides@dynamisllp.com<br>_Counsel for The Gordon Law Group Ltd._ |