IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE GORDON LAW GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-2817 |
| | ) | |
| v. | ) | Hon. Martha Pacold |
| | ) | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's May 19, 2026, Minute Order (Dkt. 240), which ordered the parties "to file a joint status report on 5/26/26 informing the Court on the progress of fact discovery and stating whether the parties believe a settlement conference would be fruitful at that time."

1.      The parties continue to be actively and profitably engaged in settlement discussions at this time.

2.      The parties have focused resources toward those discussions, rather than additional fact discovery, but the parties do not believe there will be a need to extend the July 17, 2026 deadline for fact discovery.

3.      Additionally, the parties do not believe a settlement conference would be fruitful at this time. The parties are actively reviewing settlement proposals in terms of the scope of the proposed trade secret, and the parties believe their discussions and negotiations thus far has been fruitful.

4.      As a result, the parties respectfully request permission to submit a further status report by Monday, June 15, 2026.  At that time, the parties expect to be positioned to fully resolve the matter or to finalize any remaining fact discovery.

Dated: May 26, 2026                                    Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: /s/  *Steven Hunter* <br> One of its Attorneys <br><br> Steven Hunter <br> Quarles & Brady LLP <br> 300 N. LaSalle Street <br> Suite 4000 <br> Chicago, IL 60654 <br> D. (312) 715-5087 <br> M. (312) 952-0683 <br> steven.hunter@quarles.com <br> *Counsel for FPSG, LLC* | By: /s/ *Richard P. Darke* <br> One of his Attorneys <br><br> Richard P. Darke <br> Dykema Gossett, PLLC <br> 10 South Wacker Drive <br> Suite 2300 <br> Chicago IL 60606 <br> D. (312) 627-5692 <br> rdarke@dykema.com <br> *Counsel for Justin McCormick* | By: /s/  *Constantine P. Economides* <br> One of its Attorneys <br><br> Constantine P. Economides <br> Michael B. Homer <br> Dynamis LLP <br> 1111 Brickell Avenue, 10th Fl. <br> Miami, FL 33131 <br> (305) 985-2959 <br> ceconomides@dynamisllp.com <br> *Counsel for The Gordon Law Group Ltd.* |