**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


The Gordon Law Group, Ltd.

                              Plaintiff,

v.                                                                    Case No.: 1:24–cv–02817
                                                                      Honorable Martha M. Pacold

FPSG LLC, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 27, 2026:


         MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [241]. The parties again state that they are engaged in settlement discussions and would like to report back to the Court on the progress of those negotiations on 6/15/26. The parties are ordered to file a joint status report on 6/15/26 informing the Court on the progress of fact discovery and stating whether the parties believe a settlement conference would be fruitful at that time. The Court notes that there is a 7/17/26 fact discovery deadline [238], which the Court will only extend for good cause. The Court will be disinclined to find good cause if the parties paused all discovery to engage in settlement discussions and believes the parties should be able to follow both paths simultaneously. Emailed notice (yt)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.