IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE GORDON LAW GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-2817 |
| | ) | |
| v. | ) | Hon. Martha Pacold |
| | ) | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's May 27, 2026, Minute Order (Dkt. 242), which ordered the parties "to file a joint status report on 6/15/26 informing the Court on the progress of fact discovery and stating whether the parties believe a settlement conference would be fruitful at that time."

1. The parties continue to be actively and profitably engaged in settlement discussions at this time.

2. The parties do not believe there will be a need to extend the July 17, 2026 deadline for fact discovery.

3. The parties all believe that they are close to reaching a full and final settlement agreement, and the parties believe their discussions and negotiations thus far have been fruitful.

4. The parties further believe that a status conference on or after Tuesday, June 30, 2026, would be fruitful. By that date, the parties expect to have fully resolved the litigation or to be positioned to assess the next steps within the Court's schedule.

[*signature page follows*]

Dated: June 15, 2026                    Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: */s/ Steven Hunter*<br>   One of its Attorneys | By: */s/ Richard P. Darke*<br>   One of his Attorneys | By: */s/ Constantine P. Economides*<br>   One of its Attorneys |
| Steven Hunter<br>Quarles & Brady LLP<br>300 N. LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>D. (312) 715-5087<br>M. (312) 952-0683<br>steven.hunter@quarles.com<br>*Counsel for FPSG, LLC* | Richard P. Darke<br>Dykema Gossett, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago IL 60606<br>D. (312) 627-5692<br>rdarke@dykema.com<br>*Counsel for Justin McCormick* | Constantine P. Economides<br>Michael B. Homer<br>Dynamis LLP<br>1111 Brickell Avenue, 10th Fl.<br>Miami, FL 33131<br>(305) 985-2959<br>ceconomides@dynamisllp.com<br>*Counsel for The Gordon Law Group Ltd.* |