**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


The Gordon Law Group, Ltd.

                    Plaintiff,

v.
                                     Case No.: 1:24–cv–02817
                                     Honorable Martha M. Pacold

FPSG LLC, et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 16, 2026:

     MINUTE entry before the Honorable Albert Berry III:The Court has reviewed the parties' joint status report [243]. They believe they are close to settling the case and do not anticipate needing an extension of the 7/17/26 fact discovery deadline. The parties are ordered to file a joint status report on 7/1/26 informing the Court on the progress of fact discovery, status regarding the possible resolution of the case, and stating whether the parties believe a settlement conference would be fruitful at that time. Emailed notice (yt)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.