IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THE GORDON LAW GROUP, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 24-cv-2817 |
| | ) | |
| v. | ) | Hon. Martha Pacold |
| | ) | Hon. Albert Berry, III |
| FPSG LLC AND JUSTIN MCCORMICK, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick ("McCormick"), and FPSG LLC ("Founders"), submit this joint status report pursuant to the Court's June 16, 2026, Minute Order (Dkt. 244), which ordered the parties "to file a joint status report on 7/1/26 informing the Court on the progress of fact discovery, status regarding the possible resolution of the case, and stating whether the parties believe a settlement conference would be fruitful at that time."

1.      The parties do not believe there will be a need to extend the July 17, 2026 deadline for fact discovery.

2.      The parties' settlement discussions have progressed substantially, and all believe that they are close to reaching a full and final settlement.

3.      The parties respectfully believe that a status conference is not needed but that a status report should be filed by July 10, 2026, if the parties have not filed papers for dismissal prior to that date.

*[signature page follows]*

Dated: July 1, 2026                                                Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
|---|---|---|
| By: */s/ Steven Hunter*<br>One of its Attorneys | By: */s/ Richard P. Darke*<br>One of his Attorneys | By: */s/ Constantine P. Economides*<br>One of its Attorneys |
| Steven Hunter<br>Quarles & Brady LLP<br>300 N. LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>D. (312) 715-5087<br>M. (312) 952-0683<br>steven.hunter@quarles.com<br>*Counsel for FPSG, LLC* | Richard P. Darke<br>Dykema Gossett, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago IL 60606<br>D. (312) 627-5692<br>rdarke@dykema.com<br>*Counsel for Justin McCormick* | Constantine P. Economides<br>Michael B. Homer<br>Dynamis LLP<br>1111 Brickell Avenue, 10th Fl.<br>Miami, FL 33131<br>(305) 985-2959<br>ceconomides@dynamisllp.com<br>*Counsel for The Gordon Law Group Ltd.* |