# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

The Gordon Law Group, Ltd.

                       Plaintiff,

v.

FPSG LLC, et al.

                       Defendant.

Case No.: 1:24–cv–02817
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 17, 2026:

      MINUTE entry before the Honorable Albert Berry III: A status report was due 7/10/26 [246], but no report was filed. The parties have been reporting that they are engaged in settlement discussions and nearing settlement for approximately two months [[240], [242], [244], [246]]. Fact discovery closes on 7/17/26 [238]. The Court sets a video status hearing for 7/28/26 at 11:00 a.m. Instructions will be emailed to counsel. Members of the public and media will be able to call in to listen to this hearing. Call (855)–244–8681, access code 2316 863 7794#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The status hearing will be stricken if the parties file their dismissal paperwork before 7/28/26. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.