**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

The Gordon Law Group, Ltd.

                    Plaintiff,

v.

                                         Case No.: 1:24–cv–02817

FPSG LLC, et al.                                Honorable Martha M. Pacold

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

      MINUTE entry before the Honorable Albert Berry III: Status hearing held 7/28/26. The parties report that they have agreed on monetary terms but may have reached impasse on non–monetary settlement terms. The Court will allow the parties 30 more days to attempt to settle the case. If the parties are unable to resolve the case in that timeframe, the Court will likely need to move the case forward with expert discovery or dispositive motions/trial. The parties are ordered to file an updated joint status report on 8/31/26 informing the Court on the progress of settlement. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.