IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

THE GORDON LAW GROUP, LLP,

Plaintiff,

v.

FPSG LLC AND JUSTIN MCCORMICK,

Defendants.

Case No.: 24-cv-2817

Hon. Martha Pacold
Hon. Albert Berry, III

**JOINT STATUS REPORT**

The parties, The Gordon Law Group ("Plaintiff" or "GLG") and Justin McCormick ("McCormick") submit this joint status report pursuant to the Court's July 28, 2026, Minute Order (Dkt. 248).

1. The parties very much appreciate the time provided by the Court thus far.

2. The parties have exchanged long form settlement agreements, with continued discussion as to limited non-monetary terms.

3. Unfortunately, counsel have encountered some delays, including from summer travel schedules and a current trial lasting until next week.[1]

4. As a result, the parties respectfully request permission to appear at a virtual status conference in (14) fourteen days. During this period, the trial will end, and counsel and the parties will earnestly negotiate the remaining non-monetary terms.

[1] FPSG's counsel is in trial but conferred with Plaintiff's counsel regarding the content of this status report.

5. Despite the delays thus far and the Court's patience, the parties have made progress at each stage toward a final resolution of all terms. Nonetheless, the parties understand that the Court must proceed, absent the submission of final dismissal papers.

Dated: August 31, 2026

Respectfully submitted,

| **Justin McCormick** | **The Gordon Law Group** |
|---|---|
| By: /s/ *Richard P. Darke*<br>One of his Attorneys<br><br>Richard P. Darke<br>Dykema Gossett, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago IL 60606<br>D. (312) 627-5692<br>rdarke@dykema.com<br>*Counsel for Justin McCormick* | By: /s/ *Constantine P. Economides*<br>One of its Attorneys<br><br>Constantine P. Economides<br>Michael B. Homer<br>Dynamis LLP<br>1111 Brickell Avenue, 10th Fl.<br>Miami, FL 33131<br>(305) 985-2959<br>ceconomides@dynamisllp.com<br>*Counsel for The Gordon Law Group Ltd.* |