**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

The Gordon Law Group, Ltd.

Plaintiff,

v.

Case No.: 1:24−cv−02817
Honorable Martha M. Pacold

FPSG LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 30, 2026:

MINUTE entry before the Honorable Albert Berry III: Status hearing held 9/30/26. The parties report that they expect the case to be completely resolved within 2 weeks. The parties are ordered to file a joint status report on 10/19/26. If the case is not settled by then, the parties must include a proposed expert discovery schedule in their joint status report. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.