IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE GORDON LAW GROUP, LLP,<br><br>Plaintiff,<br><br>v.<br><br>FPSG LLC AND JUSTIN MCCORMICK,<br><br>Defendants. | Case No.: 24-cv-2817<br><br>Hon. Martha Pacold<br>Hon. Albert Berry, III |

**JOINT STATUS REPORT**

The parties, The Gordon Law Group ("Plaintiff" or "GLG"), Justin McCormick, and FPSG LLC submit this joint status report pursuant to the Court's September 30, 2026, Minute Order (Dkt. 251).

1. The parties very much appreciate the time provided by the Court thus far.

2. Despite ongoing diligent efforts, the settlements have not been finalized, although the parties continue discussing the non-monetary terms.

3. Pursuant to the Court's order, the parties submit the following proposed schedule for expert discovery:

- December 7, 2026: Deadline to Serve Opening Expert Reports
- January 11, 2027: Deadline to Serve Rebuttal Expert Reports
- February 1, 2027: Deadline to Complete Expert Depositions
- March 1, 2027: Deadline to File Daubert Motions

Dated: October 19, 2026 Respectfully submitted,

| **FPSG, LLC** | **Justin McCormick** | **The Gordon Law Group** |
| --- | --- | --- |
| By: /s/ *Steven Hunter_*<br>One of its Attorneys<br><br>Steven Hunter<br>Quarles & Brady LLP<br>300 N. LaSalle Street<br>Suite 4000<br>Chicago, IL 60654<br>D. (312) 715-5087<br>M. (312) 952-0683<br>steven.hunter@quarles.com<br>*Counsel for FPSG, LLC* | By: /s/ *Richard Darke*<br>One of his Attorneys<br><br>Richard P. Darke<br>Dykema Gossett, PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago IL 60606<br>D. (312) 627-5692<br>rdarke@dykema.com<br>*Counsel for Justin McCormick* | By: /s/ _*Constantine P. Economides*<br>One of its Attorneys<br><br>Constantine P. Economides<br>Michael B. Homer<br>Dynamis LLP<br>1111 Brickell Avenue, 10th Fl.<br>Miami, FL 33131<br>(305) 985-2959<br>ceconomides@dynamisllp.com<br>*Counsel for The Gordon Law Group Ltd.* |