**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

The Gordon Law Group, Ltd.
Plaintiff,
v.
Case No.: 1:24−cv−02817
Honorable Martha M. Pacold
FPSG LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2026:

MINUTE entry before the Honorable Albert Berry III: The Court has reviewed the parties' joint status report [252] and sets the following expert discovery schedule: 1) opening expert reports due 12/7/26; 2) rebuttal reports due 1/11/27; 3) expert depositions completed and expert discovery closed on 2/1/27. The Daubert motion deadline must be set by the District Judge. The parties are ordered to file an updated joint status report on 1/20/27 informing the Court on the progress of expert discovery. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.